UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary Goodman,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>The Guardian Life Insurance Company of America, et al.,<br><br>　　　　　　　　Defendants. | 25-cv-125 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court has reviewed the parties' briefing on the motions to dismiss. As the briefing appears to refer to pertinent facts beyond the face of the plaintiff's complaint, and discovery is now closed, the Court is of the opinion that the motion should be converted to a motion for summary judgment. Fed. R. Civ. P. 12(d). The parties are directed to "present all the material that is pertinent to the motion," *id.*, under the existing briefing schedule for summary judgment. *See* Dkt. 12.

    SO ORDERED.

Dated: October 15, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge