**MEMO ENDORSED**

**PF  PIERSON FERDINAND**

October 22, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2025

ROBERT P. LESKO
PARTNER

**VIA ECF**

Mail    276 E. Main St., Ste 10-17
Denville, NJ 07834

Hon. Barbara Moses, U.S.M.J
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Office    100 Overlook Center, 2nd Floor
Princeton, New Jersey 08540

D: 973.917.8686 | C 974-714-0340
Email: robert.lesko@pierferd.com

Re: Goodman v. The Guardian Life Ins. Co. of Am., et al., 25-CV-00125 (AS) (BCM)

Dear Judge Moses:

I write on behalf of The Guardian Life Ins. Co. of Am. ("Guardian") and with the consent of counsel for plaintiff, Michael Fereici, Esq. and counsel for defendant Pollack, Alexander Truitt, Esq. to respectfully request that the settlement conference set for November 17, 2025 be rescheduled to November 6, 2025. The new date is necessary for two reasons. First, in keeping with Your Honor's observation in the order dated October 15, 2025 (DE 41), it is better to attempt settlement before incurring additional costs associated with further briefing as to summary judgment motions, which is due on November 10. Second, although my client and I have remained generally available for court ordered settlement conference, I have an irreconcilable conflict on November 17.

I have confirmed with Your Honor's chambers that November 6 is an available alternative date for settlement conference. Unfortunately, the parties could not find a second alternate date available for all parties prior to November 10. While plaintiff and Guardian are both also available on November 4th and 5th, the only date that will work for defendant Pollack is November 6. Therefore, we respectfully request that the settlement conference be rescheduled to November 6 at a time convenient for the court.

We appreciate the court's continuing time and assistance with this matter.

Respectfully submitted,

**PF  PIERSON FERDINAND**

/s Robert P. Lesko
Robert P. Lesko

cc:    Michael Feredici, Esq. (via ecf)
       Alexander Truitt, Esq. (via ecf)

> Application GRANTED. The settlement conference currently scheduled for November 17, 2025 is rescheduled to **November 6, 2025, at 2:15 p.m.** The parties' Confidential Settlement Letters and Acknowledgment Forms are now due on **October 30, 2025**. All other provisions of this Court's Settlement Conference Scheduling Order (Dkt. 41) remain in effect. SO ORDERED.
>
> _[signature]_
> Barbara Moses, U.S.M.J.
> October 22, 2025